UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE LUIS RUIZ-GUTIERREZ,<br><br>　　　　Defendant. | 2:12-CR-323-GMN-GWF<br><br>ORDER |

**ORDER**

All parties being in agreement and the best interest of justice being served:

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Thursday, January 17, 2013 at 9:30 a.m., be vacated and continued to February 1, 2013, at the hour of 9:00 a.m.

DATED this 3rd day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE